# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALES,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE EVANS, Warden,<br><br>    Respondent. | Case No. CV 08-0820-AG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 22, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE